HELEN SCHNACK v. STATE OF NEW JERSEY BY
DEPARTMENT OF TRANSPORTATION.

October 4, 1978. Petition for certification denied. (See
160 *N. J. Super.* 343)

TOWNSHIP OF WILLINGBORO v.
MOBIL OIL CORPORATION.

October 4, 1978. Petition for certification denied. (See
159 *N. J. Super.* 593)

STATE OF NEW JERSEY v. CAREY HEWINS.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND GRILL.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v.
RAYMOND GRILL & JOHN LORENZO.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN C. MOORE.

October 4, 1978. Petition for certification denied.